IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD SUSANY, *et al*, | ) | CASE NO. 4:18-CV-332 |
| | ) | |
| Plaintiffs, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | |
| SELECTIVE INSURANCE COMPANY | ) | STIPULATION FOR DISMISSAL |
| OF SOUTH CAROLINA, | ) | AND JUDGMENT ENTRY |
| | ) | |
| Defendant. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that all claims of all parties have been settled and are hereby dismissed with prejudice at Defendants' costs; and, the Court may enter an order accordingly, notice by the Clerk being hereby waived. The Court retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

*s/ Benita Y. Pearson* on 5/31/2018
_____
JUDGE BENITA Y. PEARSON

Approved and submitted by:

_____
Mark A. Hutson (0012537)
Attorney for Plaintiff
33 Pittsburgh Street
Columbiana, OH 44408
(330) 482-4040
Email: mhutson@markhutsonlaw.com

_____
James J. Imbrigiotta (0040317)
William H. Kotar (0073462)
Attorneys for Defendant
**GLOWACKI, IMBRIGIOTTA
& DOUCETTE, LPA**
7550 Lucerne Drive, Suite 408
Middleburg Heights, OH 44130
(440) 243-2727
Fax: (440) 243-2636
Email: mail@gidlaw.com